IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ABDEE SHARIFAN on behalf of himself and for all others similarly situated,<br><br>*Plaintiffs,*<br><br>v.<br><br>NEOGENIS LABS, INC. D/B/A HUMANN,<br><br>*Defendant* | § § § § § § § § § § § § § §  Civil action no. 4:21-cv-01940 |

**[PROPOSED] ORDER**

Now before the Court is Defendant Human Power of N Company's (formerly known as "NeoGenis Labs, Inc.") Motion to Dismiss Plaintiff Abdee Sharifan's Amended Complaint. Having consider the Defendant's Motion, the record in this matter, and the arguments of counsel, the Court GRANTS Defendant's Motion.

IT IS SO ORDERED that Plaintiff's Amended Complaint is hereby dismissed, with prejudice. Let judgment be entered accordingly.

Dated: _____, 2021

_____
**Hon. George C. Hanks**
**United States District Judge**