United States District Court
Southern District of Texas
**ENTERED**
August 18, 2022
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| ABDEE SHARIFAN on behalf of himself and for all others similarly situated, | § § § § | |
| Plaintiff. | § | CIVIL ACTION NO. 4:21-cv-01940 |
| VS. | § § § | |
| NEOGENIS LABS, INC. D/B/A HUMANN, | § § § | |
| Defendant. | § | |

## FINAL JUDGMENT

Pursuant to the Court's order dismissing all claims asserted by Plaintiff in the above-captioned lawsuit, *see* Dkt. 31, the Court enters **FINAL JUDGMENT** dismissing this action with prejudice. All relief not expressly granted is **DENIED**.

SIGNED this 18th day of August 2022.

_____
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE